AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 29, 2023**

SEAN F. McAVOY, CLERK

AMMIE Y.,

*Plaintiff*

v.     Civil Action No. 2:22-cv-00126-RHW

KILOLO KIJAKAZI,,
Acting Commissioner of Social Security,

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Report and Recommendation, ECF No. 21, is ADOPTED in its entirety, with the additional explanation herein. Plaintiff's Motion for Summary Judgment, ECF No. 13, is DENIED. Defendant's Motion for Summary Judgment, ECF No. 14, is GRANTED. Judgment entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge ROBERT H. WHALEY on a Report and Recommendation.

Date: 9/29/20023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Nicole Cruz
*(By) Deputy Clerk*

Nicole Cruz